MARKS v. FIREMAN'S FUND INS. CO. (Circuit Court of Appeals, Second Circuit. July 1, 1910.) No. 309. Appeal from the District Court of the United States for the Southern District of New York. Lawrence Kneeland and Thomas D. Hewitt (Kneeland & Harison, of counsel), for appellant. Wing, Putnam & Burlingham (Everit Masten, of counsel), for appellees. · Before LACOMBE, WARD, and NOYES, Circuit Judges.

WARD, Circuit Judge. The decree (175 Fed. 222) is affirmed.

NOYES, Circuit Judge, dissents.